IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALFRED W.-NAGY, | § | |
| | § | No. 437, 2020 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| LUCIUS LOGAN, ARTHUR NAGY | § | C.M. No. 18290-N-MTZ |
| and KELLEY NAGY, | § | |
| | § | |
| Respondents Below, | § | |
| Appellees. | § | |

Submitted: June 16, 2021
Decided: July 1, 2021

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

# O R D E R

This 1st day of July 2021, after careful consideration of the parties' arguments, briefs, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of its November 30, 2020 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice